IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NETLIST, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 24-614-JLH<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

　　The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendant Netlist, Inc. to move, plead, or otherwise respond to the First Amended Complaint (D.I. 14) is extended through and including June 2, 2025.

| | |
|---|---|
| */s/ Rodger D. Smith II* <br> Jack B. Blumenfeld (No. 1014) <br> Rodger D. Smith II (No. 3778) <br> Anthony D. Raucci (No. 5948) <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> rsmith@morrisnichols.com <br> araucci@morrisnichols.com <br> *Attorneys for Plaintiffs* | */s/ Emily S. DiBenedetto* <br> Karen E. Keller (No. 4489) <br> Emily S. DiBenedetto (No. 6779) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> edibenedetto@shawkeller.com <br> *Attorney for Defendant* |

Dated: April 21, 2025

SO ORDERED this _____ day of _____ 2025.

_____
United States District Court Judge